IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LILLY A. REMLINGER,**

**Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                      **No. 05-CV-0608-DRH**

## ORDER

**HERNDON, District Judge:**

On August 22, 2005, Lilly Remlinger, *pro se*, filed a complaint seeking judicial review of an administrative agency's decision (Doc. 1). Specifically, Remlinger seeks judicial review of the social security administration's decision to deny her social security benefits.

On May 17, 2006, pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") (Doc. 5). The Report recommends that the Court dismiss without prejudice Plaintiff's cause of action for failure to timely serve Defendant. The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 5). The Court **DISMISSES without prejudice** Plaintiff's cause of action.

**IT IS SO ORDERED.**

Signed this 5th day of June, 2006.

<u>/s/          David   RHerndon</u>
**United States District Judge**